UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAR 0 7 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) No. | 02 CR 35 |
| | ) | Violations: Title 21, |
| JOEL CASTENEDA, | ) | United States Code, |
| AUREO ALMAZAN | ) | Sections 841(a)(1), |
| and DAVID DIAZ | ) | 846 and Title 18 United |
| | ) | States Code, Sections 2 |
| | ) | and 924(c) |



JUDGE LEFKOW

COUNT ONE

The SPECIAL MAY 2001 GRAND JURY charges:

MAGISTRATE JUDGE BOBRICK

1. From on or about December 12, 2001, to on or about January 8, 2002, in the Northern District of Illinois, Eastern Division,

JOEL CASTENEDA,
AUREO ALMAZAN and
DAVID DIAZ,

defendants herein, conspired with each other, to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, namely, in excess of 500 grams of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. It was part of the conspiracy that beginning on or about December 12, 2001, and continuing through on or about January 8, 2002, defendant JOEL CASTENEDA negotiated for the sale and distribution of kilogram quantities of powder cocaine to a confidential witness, identified herein as "Individual A."



3. It was further part of the conspiracy that on or about December 12, 2002, defendant JOEL CASTANEDA told Individual A that defendant DAVID DIAZ was selling kilograms of cocaine for $22,000 each.

4. It was further part of the conspiracy that on December 14, 2002, defendant JOEL CASTANEDA met with and sold to Individual A approximately one ounce of cocaine for $700 as a sample of the quality of cocaine that defendant JOEL CASTANEDA would sell Individual A. At this meeting, defendant JOEL CASTANEDA told Individual A that he could provide seven (7) kilograms of cocaine and that the seven (7) kilograms of cocaine would likely come from defendant DAVID DIAZ.

5. It was further part of the conspiracy that on or about December 17, 2001, Individual A met with defendant JOEL CASTANEDA and defendant DAVID DIAZ at the parking lot of Mega Mall, 2500 North Milwaukee Avenue, Chicago, Illinois ("Mega Mall"). During this meeting, defendant JOEL CASTANEDA and defendant DAVID DIAZ agreed to sell Individual A seven ("7") kilograms of cocaine at a later date.

6. It was further part of the conspiracy that on or about January 7, 2002, defendant JOEL CASTANEDA met with Individual A at the Mega Mall and further discussed the sale of seven (7) kilograms of cocaine to Individual A. During this meeting, defendant JOEL CASTANEDA told Individual A that he and defendant DAVID DIAZ would

sell Individual A seven (7) kilograms of cocaine for $21,250 per kilogram.

7. It was further part of the conspiracy that on or about January 8, 2002, at approximately 11:15 a.m., Individual A met with defendant JOEL CASTANEDA and defendant AUREO ALMAZAN in the parking lot of the Mega Mall in order to conduct the above-described drug transaction. Defendant AUREO ALMAZAN, who was at this meeting in order to provide security for defendant JOEL CASTENEDA and defendant DAVID DIAZ, was in possession of handguns during this meeting. Defendant DAVID DIAZ arrived at the Mega Mall at approximately 1:15 p.m. driving a green-colored Mercury Cougar in which he was transporting approximately 2 kilograms of cocaine. Defendant JOEL CASTENDEDA let Individual A examine one of the kilograms of cocaine.

8. It was further part of the conspiracy that defendants would and did conceal and hide, and cause to be concealed and hidden, the purposes of the acts done in furtherance of the conspiracy, and would and did use coded language, surveillance and counter-surveillance techniques and other means to avoid detection and apprehension by law enforcement authorities and otherwise to provide security to the members of the conspiracy;

In violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT TWO

The SPECIAL MAY 2001 GRAND JURY further charges:

On or about January 8, 2002, at Chicago and elsewhere, in the Northern District of Illinois, Eastern Division,

> JOEL CASTENEDA,
> AUREO ALMAZAN and
> DAVID DIAZ,

defendants herein, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, approximately 2 kilograms of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT THREE

The SPECIAL MAY 2001 GRAND JURY further charges:

On or about January 8, 2002, at Chicago, in the Northern District of Illinois, Eastern Division,

> JOEL CASTENEDA,
> AUREO ALMAZAN and
> DAVID DIAZ,

defendants herein, carried firearms, namely a Smith & Wesson 9 millimeter handgun bearing serial number VBK6933, and a FEG 9 millimeter handgun bearing serial number P34931, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Sections 841(a)(1) and 846, as more fully set forth in Counts One and Two of this indictment;

In violation of Title 18, United States Code, Sections 2 and 924(c)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No. 02 CR 35

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

JOEL CASTENEDA, AUREO ALMAZAN and DAVID DIAZ

INDICTMENT

Violations: 21 USC Sections 841(a)(1), 846 and 18 USC Sections 2 and 924(c)

A true bill,

_____
Foreman

Filed in open court this 7th day of March, A.D. 20 02

**MICHAEL W. DOBBINS**

by _____ Clerk

Bail, $ _____

PO 880.320

RECEIVED
MAR 07 2002
MAGISTRATE JUDGE EDWARD A. BOBRICK
UNITED STATES DISTRICT COURT