

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

February 6, 2006

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: USA -v- Diaz

U.S.D.C. DOCKET NO. : 02 cr 35- 3

U.S.C.A. DOCKET NO. : 06-1319

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| VOLUME(S) OF PLEADING(S) | *1 Volume of Pleadings* |
| VOLUME(S) OF TRANSCRIPT(S) | *2 Transcripts* |
| VOLUME(S) OF DEPOSITION(S) | |

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
    D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: USA -v- Roberson.

USDC NO. : 03 cr 855-4

USCA NO. : 06-1121

    IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 2nd day of Feb. 2006.

    MICHAEL W. DOBBINS, CLERK

    By: _____
        D. Jordan, Deputy Clerk

# United States District Court
### Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois  60604

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled:   *USA -v- Diaz*

USDC No.: 02 cr 35-3

USCA No.: 06-1319

| FILED DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 7/15/04 | 106-1 & 106-2 | TRANSCRIPTS of proceedings before Judge Lefkow held 11/8/02 and 10/30/03 (2vols) |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 6th day of Feb. 2006.

MICHAEL W. DOBBINS, CLERK

By:_____
    D. Jordan, Deputy Clerk

1. APPEAL, BOBRICK

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.5 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:02-cr-00035-3
### Internal Use Only

Case title: USA v. Castaneda, et al          Date Filed: 03/07/2002

Assigned to: Honorable Joan H. Lefkow
Referred to: Hon. Edward A. Bobrick

**Defendant**

**David Diaz** (3)                    represented by **Thomas Anthony Durkin**
*TERMINATED: 01/05/2006*              Durkin & Roberts
                                      53 West Jackson Boulevard
                                      Suite 615
                                      Chicago, IL 60604
                                      312-913-9300
                                      Email: tdurkin@durkinroberts.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*
                                      Designation: CJA Appointment

                                      **James Charles TenBroeck, Jr.**
                                      Law Offices of James C. TenBroeck, Jr.
                                      3117 W. Lawrence Avenue
                                      Chicago, IL 60625
                                      (773)463-1601
                                      Designation: CJA Appointment

**Pending Counts**                    **Disposition**

21:846=CP.F CONSPIRACY TO             It is the judgment of this court that: the defendant is
POSSESS CONTROLLED                    hereby committed to the custody of the United States
SUBSTANCE and 18:2 AID AND ABET       Bureau of Prions to be imprisoned for a total
(1)                                   uninterrupted term of one-hundred-twenty (120) mont
                                      The defendant is sentenced on all count(s) of convicti
                                      namely, count(2) 1,2,3 to a period of five (5) years of

| | |
|---|---|
| | supevised relese, said periods to run concurrent. Mandatory conditions of probation. Standard conditio of probation. Discretionary conditions of probation. Criminal monetary penalties. |
| 21:841G=CP.F CONTROLLED SUBSTANCE - POSSESSION and 18:2 AID AND ABET (2) | It is the judgment of this court that: the defendant is hereby committed to the custody of the United States Bureau of Prions to be imprisoned for a total uninterrupted term of one-hundred-twenty (120) mont The defendant is sentenced on all count(s) of convicti namely, count(2) 1,2,3 to a period of five (5) years of supevised relese, said periods to run concurrent. Mandatory conditions of probation. Standard conditio of probation. Discretionary conditions of probation. Criminal monetary penalties. |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN and 18:2 AID AND ABET (3) | It is the judgment of this court that: the defendant is hereby committed to the custody of the United States Bureau of Prions to be imprisoned for a total uninterrupted term of one-hundred-twenty (120) mont The defendant is sentenced on all count(s) of convicti namely, count(2) 1,2,3 to a period of five (5) years of supevised relese, said periods to run concurrent. Mandatory conditions of probation. Standard conditio of probation. Discretionary conditions of probation. Criminal monetary penalties. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                       **Disposition**

None

**Plaintiff**

**United States of America** represented by **Carole Judith Ryczek**
United States Attorney's Office, NDIL
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: carole.ryczek@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.
uscourts.gov
*ATTORNEY TO BE NOTICED*

**Probation Department**
.
408-5197
*ATTORNEY TO BE NOTICED*

**Abra C. Siegel**
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
*TERMINATED: 09/11/2003*

**John Hudson Newman**
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
*TERMINATED: 09/28/2004*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2002 | | DEFENDANTS Joel Castaneda, Aureo Almazan, David Diaz arrested (kmt) (Entered: 01/10/2002) |
| 01/09/2002 | 1 | COMPLAINT Hon. Edward A. Bobrick (kmt) (Entered: 01/10/2002) |
| 01/09/2002 | 5 | MINUTE ORDER of 1/9/02 by Hon. Edward A. Bobrick as to defendant David Diaz : Initial appearance proceedings of David Diaz held. Defendant appears in repsonse to arrest on 1/8/02. Defendant informed of rights. Enter order appointing attorneys Thomas Anthony Durkin, James Charles TenBroeck Jr. to represent defendant. Preliminary examination and detention hearing set for 1/11/02 at 3:00 p.m. Mailed notice (kmt) (Entered: 01/11/2002) |
| 01/09/2002 | 6 | APPEARANCE of Attorney for David Diaz by Thomas A. Durkin, James TenBroeck (kmt) (Entered: 01/11/2002) |
| 01/11/2002 | 9 | MINUTE ORDER of 1/11/02 by Hon. Edward A. Bobrick as to defendant Aureo Almazan, David Diaz : Status hearing held. Preliminary examination and detention hearing set for 1/15/02 at 11:15 a.m. No notice (kmt) (Entered: 01/15/2002) |
| 01/15/2002 | 11 | MINUTE ORDER of 1/15/02 by Hon. Edward A. Bobrick as to defendant David Diaz : Case scheduled to be called at 11:15 a.m. Tom Durkin not present in court; attorney James Tenbroeck present. Accordingly, the preliminary examination and detention hearing reset from 1/15/02 at 11:15 a.m. to 1/18/02 at 1:00 p.m. Mailed notice (kmt) (Entered: 01/17/2002) |
| 01/18/2002 | 13 | MINUTE ORDER of 1/18/02 by Hon. Edward A. Bobrick as to defendant David Diaz : Preliminary examination hearing held. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings. Detention hearing held and concluded. Defendant to remain incustody pending any further court proceedings. Detailed detention order to follow. Mailed notice (kmt) (Entered: 01/22/2002) |
| 01/22/2002 | 16 | 1MINUTE ORDER of 1/22/02 by Hon. Edward A. Bobrick as to defendant David Diaz :Enter Order of Detention pending trial pursuant to hearing held on 1/18/02. (Entered Order of Detention pending trial.) Mailed notice (kmt) (Entered: 01/23/2002) |

| | | |
|---|---|---|
| 03/07/2002 | | Modification: for Hon. Edward A. Bobrick Case assigned to Hon. Joan Humphrey Lefkow (kmt) (Entered: 03/08/2002) |
| 03/07/2002 | 18 | INDICTMENT Counts filed against Joel Castaneda (1) count(s) 1, 2, 3, Aureo Almazan (2) count(s) 1, 2, 3, David Diaz (3) count(s) 1, 2, 3 (kmt) (Entered: 03/08/2002) |
| 03/07/2002 | 19 | DESIGNATION SHEET FELONY Category 2 (kmt) (Entered: 03/08/2002) |
| 03/07/2002 | 20 | MINUTE ORDER of 3/7/02 by Hon. Edward A. Bobrick as to Joel Castaneda, Aureo Almazan, David Diaz : Bond set by magistrate to stand as bond in this instance as to Joel Casteneda, granted. No bond set; detained by magistrate as to Aureo Almazan and David Diaz, granted. Enter Order. No notice (kmt) (Entered: 03/08/2002) |
| 03/08/2002 | 21 | ARRAIGNMENT NOTICE: Before Hon. Edward A. Bobrick as to defendants Joel Castaneda, Aureo Almazan, David Diaz : Arraignment and plea set for 3/12/02 at 9:30 a.m. for Judge Lefkow Mailed notice (kmt) (Entered: 03/08/2002) |
| 03/12/2002 | | Modification: for Hon. Edward A. Bobrick Arraignment held. (emd) (Entered: 03/13/2002) |
| 03/12/2002 | 24 | MINUTE ORDER of 3/12/02 by Hon. Edward A. Bobrick as to David Diaz : Arraignment held. Defendant David Diaz enters plea of not guilty to all counts. 16.1 conference to be held by or on 3/19/02. Pretrial motions to be filed by or on 4/2/02. Response to be filed by or on 4/16/02. Reply to be filed by or on 4/23/02. Status hearing set before Judge Lefkow on 4/24/02 at 9:45am. Time is excluded under 18:3161(h)(1)(F). Mailed notice (emd) (Entered: 03/13/2002) |
| 03/14/2002 | | Modification: for Hon. Joan Humphrey Lefkow Status hearing set before Judge Lefkow on 4/24/02 at 9:45am. (emd) (Entered: 03/15/2002) |
| 04/02/2002 | 26 | UNOPPOSED MOTION by defendant David Diaz for extension of time within which to file non-standard pretrial motions (kmt) (Entered: 04/03/2002) |
| 04/02/2002 | 27 | MOTION by defendant David Diaz for production of 404(B) material (kmt) (Entered: 04/03/2002) |
| 04/02/2002 | 28 | MOTION by defendant David Diaz for early return of trial subpoena (kmt) (Entered: 04/03/2002) |

| | | |
|---|---|---|
| 04/02/2002 | 29 | MOTION by defendant David Diaz for immediate disclosure of favorable evidence (kmt) (Entered: 04/03/2002) |
| 04/02/2002 | 30 | MOTION by defendant David Diaz for preservation of rough notes and logs ; Notice (kmt) (Entered: 04/03/2002) |
| 04/03/2002<br><br>N/A | 34 | MINUTE ORDER of 4/3/02 by Hon. Joan Humphrey Lefkow as to all defendants: Defendant Diaz' unopposed motion for extension of time within which to file non-standard pretrial motions is granted [26-1] to 4/16/02. Time by which to file response is 4/30/02. Tim eby which to file replies is 5/7/02. Status hearing of 4/24/02 as to all defendants is stricken and reset to 5/8/02 at 9:30 a.m. The period of 4/3/02 through 5/8/02 is excluded pursuant to 18;3161(h)(1)(F). Mailed notice (kmt) (Entered: 04/04/2002) |
| 04/30/2002 | 35 | CONSOLIDATED RESPONSE by USA to defendants pretrial motions for preservation of rough notes and logs [30-1], motion for immediate disclosure of favorable evidence [29-1], motion for early return of trial subpoena [28-1], motion for production of 404(B) material [27-1], motion for disclosure of impeaching and exculpatory information [31-1]; Notice. (emd) (Entered: 05/01/2002) |
| 05/08/2002 | | ORAL MOTION by USA to exclude time as to all defendants (kmt) (Entered: 05/09/2002) |
| 05/08/2002 | 36 | MINUTE ORDER of 5/8/02 by Hon. Joan Humphrey Lefkow as to all defendants: Status hearing held; continued to 5/28/02 at 9:15 a.m. Government's oral motion to exclude time as to all defendants is granted [0-1]. The period beginning 5/8/02 through 5/28/02 is excluded pursuant to 18:3161(h)((1)(F) and 18:3161(h)(2). Mailed notice (kmt) (Entered: 05/09/2002) |
| 05/28/2002 | | ORAL MOTION by USA to exclude time as to all defendants (kmt) (Entered: 05/31/2002) |
| 05/28/2002 | 39 | MINUTE ORDER of 5/28/02 by Hon. Joan Humphrey Lefkow as to all defendants: Status hearing held; continued to 6/26/02 at 9:15 a.m. Government's oral motion to exclude time as to all defendants is granted [0-1]. The period beginning 5/28/02 through 6/26/02 is excluded pursuant to 18:3161(h)(1)(F) and 18:3161(h)(2). Mailed notice (kmt) (Entered: 05/31/2002) |
| 06/26/2002 | 40 | MINUTE ORDER of 6/26/02 by Hon. Joan Humphrey Lefkow as to defendants: Status hearing reset to 07/03/02 at 9:15 a.m. The period beginning 06/26/2002 through 07/03/2002 is excluded pursuant to |

| | | |
|---|---|---|
| | | 18:3161(h)(1)(F) and 18:3161(h)(2). Telephone notice (pmp) Modified on 07/01/2002 (Entered: 07/01/2002) |
| 07/03/2002 | 41 | MINUTE ORDER of 7/3/02 by Hon. Joan Humphrey Lefkow as to all defendants: Status hearing held. Change of plea hearing for all three defendants is set for 9/4/02 at 9:45 a.m. The period beginning 7/3/02 through 9/4/02 is excluded pursuant to 18:3161(h)(1)(I) and 18:3161(h)(1)(F). Mailed notice (kmt) (Entered: 07/09/2002) |
| 09/04/2002 | 42 | MINUTE ORDER of 9/4/02 by Hon. Joan Humphrey Lefkow as to all defendants: Change of plea hearing continued to 10/16/02 at 9;45 a.m. for all defendants. The period beginning 9/4/02 through 10/16/02 is excluded pursuant to 18:3161(h)(i)(I). Mailed notice (kmt) (Entered: 09/06/2002) |
| 10/16/2002 | 43 | MINUTE ORDER of 10/16/02 by Hon. Joan Humphrey Lefkow as to Joel Castaneda, Aureo Almazan and David Diaz : Change of plea hearing continued to 11/8/02 at 10:00 a.m. for all defendants. The period beginning 10/16/02 through 11/8/02 pursuant to 18.3161(h)(1)(i). Mailed notice (las) (Entered: 10/17/2002) |
| 11/08/2002 | 45 | MINUTE ORDER of 11/8/02 by Hon. Joan Humphrey Lefkow as to defendant David Diaz : Change of plea hearing held. The defendant David Diaz enters a voluntary guilty plea to counts one and two of the of the indictment in this case. Enter judgment of guilty as to counts one and two of the indictment. Jury trial is set on 12/17/02 at 10:00 a.m. Status hearing is set for 12/4/02 at 9:30 a.m. Mailed notice (kmt) (Entered: 11/12/2002) |
| ~~11/22/2002~~ | ~~46~~ | ~~MINUTE ORDER of 11/22/02 by Hon. Joan Humphrey Lefkow as to defendant David Diaz : The time of the status hearing on 12/4/02 is reset from 9:30 a.m. to 10:00 a.m. Mailed notice (kmt) (Entered: 11/25/2002)~~ |
| 12/04/2002 | 47 | MINUTE ORDER of 12/4/02 by Hon. Joan Humphrey Lefkow as to David Diaz : Status hearing held. Bench trial set for 12/17/02 is reset to 2/7/03 at 9:30am. as to Count Three. Parties are both to submit their witness lists and exhibits to chambers by 1/29/03. Government's oral motion to exclude time for continuity of counsel is granted. The period beginning 12/4/02 through 2/7/03 is excluded pursuant to 18:3161(h)(8)(A)(B). Mailed notice (emd) (Entered: 12/06/2002) |
| 01/24/2003 | 50 | MINUTE ORDER of 1/24/03 by Hon. Joan Humphrey Lefkow as to David Diaz : Bench trial set for 02/07/03 is reset to 02/28/03 at 10:00 as to Count three. The period beginning 01/24/03 through 02/28/03 is |

| | | |
|---|---|---|
| | | excluded pursuant to 18:3161(h)(8)(A)(B). Mailed notice (ar) (Entered: 01/28/2003) |
| 02/28/2003 | 52 | MINUTE ORDER of 2/28/03 by Hon. Joan Humphrey Lefkow as to David Diaz : Bench trial not held. Status hearing held and continued to 04/03/03 at 9:15 a.m. to set a new date for bench trial. The period beginning 02/28/03 through 04/03/03 is excluded pursuant to 18:3161(h)(8)(A)(B). Mailed notice (ar) (Entered: 03/04/2003) |
| 04/03/2003 | 54 | MINUTE ORDER of 4/3/03 by Hon. Joan Humphrey Lefkow as to David Diaz: Status hearing held and continued to 5/28/03 at 9:30 a.m. to set new date for bench trial. The period beginning 4/3/03 through 5/28/03 is excluded pursuant to 18:3161(h)(8)(A)(B). Mailed notice (yap) (Entered: 04/09/2003) |
| 05/28/2003 | 60 | MINUTE ORDER of 5/28/03 by Hon. Joan Humphrey Lefkow as to David Diaz: Status hearing held and continued to 7/15/03 at 10:15 a.m. Bench trial set for 7/30/03 at 10:00 a.m. Parties are to submit their witness lists and exhibit lists to chambers by 7/23/03. The period beginning 5/28/03 through 7/30/03 is excluded pursuant to 18:3161(h)(8)(A)(B). Mailed notice (yap) (Entered: 06/02/2003) |
| 07/09/2003 | 64 | MINUTE ORDER of 7/9/03 by Hon. Joan Humphrey Lefkow as to David Diaz: Status hearing reset to 7/16/03 at 9:30 a.m. by agreement. Time is excluded pursuant to 18:3161(h)(8)(A)(B). Mailed notice (yap) (Entered: 07/10/2003) |
| 07/15/2003 | | ORAL MOTION by USA to exclude time as to defendant David Diaz (yap) (Entered: 07/24/2003) |
| 07/15/2003 | 65 | MINUTE ORDER of 7/15/03 by Hon. Joan Humphrey Lefkow as to David Diaz: Status hearing held. John Newman appearing for the Government, Thomas Durkin appearing for defendant David Diaz, who was also present in court. , Trial date of 7/30/03 is stricken and reset to 9/3/03 at 1:30 p.m. Status hearing is set on 8/20/03 at a.m. at 11:00 a.m. before Magistrate Judge Bobrick for the purposes of resolving any pretrial issues. Government's oral motion to exclude time [0-1] is granted. The period beginning 7/15/03 through 9/3/03 is excluded pursuant to 18:3161(h)(8)(A)(B). Mailed notice (yap) (Entered: 07/24/2003) |
| 07/15/2003 | | Modification: Status hearing is set on 8/20/03 at 11:00 a.m. before Magistrate Judge Bobrick. (yap) (Entered: 07/24/2003) |
| 07/24/2003 | 66 | REFERRAL ORDER of 7/24/03 Referring David Diaz to Hon. |

| | | |
|---|---|---|
| | | Edward A. Bobrick to conduct necessary proceedings and issue Report and Recommendation. To hold status for the purpose of resolving any pretrial issue. (For further detail see order.) Mailed notice (emd) (Entered: 07/28/2003) |
| 08/20/2003 | 68 | MINUTE ORDER of 8/20/03 by Hon. Edward A. Bobrick as to David Diaz : Status hearing held. Defendant's oral motion to be housed at the Metropolitan Correctional Center pending his trial is granted. In view of defendant's trial date of 9/3/03, it is hereby ordered that defendant remain at the Metropolitan Correctional Center from this date until the end of his trial. Mailed notice (emd) (Entered: 08/22/2003) |
| 08/27/2003 | 69 | EVIDENTIARY proffer as to co-conspirators's statements by USA; Notice (yap) (Entered: 08/27/2003) |
| 08/29/2003 | 70 | TRIAL MEMORANDUM of law by USA (Attachment); Notice (yap) (Entered: 09/02/2003) |
| ~~09/03/2003~~ | ~~71~~ | ~~MINUTE ORDER of 9/3/03 by Hon. Joan Humphrey Lefkow as to David Diaz: Bench trial begins. Trial held and continued to 9/4/03 at 1:00 p.m. voir dire begins Mailed notice (yap) (Entered: 09/09/2003)~~ |
| 09/04/2003 | 73 | MINUTE ORDER of 9/4/03 by Hon. Joan Humphrey Lefkow as to David Diaz: Trial held and continued to 12/5/03 at 1:30 p.m. The period beginning 9/4/03 through 12/5/03 is excluded pursuant to 18:3161(h)(8)(A)(B). Mailed notice (yap) (Entered: 09/10/2003) |
| 09/10/2003 | 74 | MINUTE ORDER of 9/10/03 by Hon. Joan Humphrey Lefkow as to David Diaz: By agreement of the parties, bench trial is reset from 12/5/03 to 10/1/03 at 1:30 p.m. The period beginning 9/10/03 through 10/1/03 is excluded pursuant to 18:3161(h)(8)(A)(B). Mailed notice (yap) (Entered: 09/11/2003) |
| 09/11/2003 | 75 | DESIGNATION OF ATTORNEY John Hudson Newman as US Attorney (yap) (Entered: 09/12/2003) |
| 09/30/2003 | 77 | MINUTE ORDER of 9/30/03 by Hon. Joan Humphrey Lefkow as to David Diaz: By agreement of the parties, bench trial is reset from 10/1/03 to 12/12/03 at 1:30 p.m. The period beginning 9/30/03 through 12/12/03 is excluded pursuant to 18:3161(h)(8)(A)(B). Mailed notice (yap) (Entered: 09/30/2003) |
| 10/14/2003 | 78 | MINUTE ORDER of 10/14/03 by Hon. Joan Humphrey Lefkow as to David Diaz: By agreement of the parties, bench trial is reset from 12/12/03 to 10/20/03 at 1:30 p.m. The period beginning 10/14/03 through 10/20/03 is excluded pursuant to 18:3161(h)(8)(A)(B). |

| | | |
|---|---|---|
| | | Mailed notice (yap) (Entered: 10/15/2003) |
| 10/20/2003 | 79 | MINUTE ORDER of 10/20/03 by Hon. Joan Humphrey Lefkow as to David Diaz: Bench trial held and concluded. Ruling is set for 10/30/03 at 10:00 a.m. The period beginning 10/20/03 through 10/30/03 is excluded pursuant to 18:3161(h)(I)(I). Mailed notice (yap) (Entered: 10/24/2003) |
| ~~10/20/2003~~ | ~~80~~ | ~~MINUTE ORDER of 10/20/03 by Hon. Joan Humphrey Lefkow as to David Diaz: Enter order resetting ruling time on 10/30/03 from 10:00 a.m. to 2:00 p.m. Mailed notice (yap) (Entered: 10/29/2003)~~ |
| 10/30/2003 | 81 | MINUTE ORDER of 10/30/03 by Hon. Joan Humphrey Lefkow as to David Diaz: As stated on the record in open court, the court finds beyond a reasonable doubt that defendant David Diaz is guilty as charged in count III of the indictment. Judgment of guilty is entered as to count three of the indictment. Any post-trial motions are to be filed by 11/21/03; responses by 12/5/03; replies by 12/12/03; ruling set for 1/14/04 at 9:30 a.m. Sentencing is set for 2/6/04 at 2:00 p.m. Defendant's version of offense shall be submitted to the probation officer by 11/20/03. The assigned probation officer shall submit and serve a final presentence investigation report not later than 1/23/04. Any party may file a position paper concerning sentencing factors by 1/30/04. Any response to any position paper must be filed and served by 2/3/04. (See reverse of minute order.) Mailed notice (yap) (Entered: 11/03/2003) |
| 11/21/2003 | 82 | RENEWED MOTION by David Diaz for judgment of acquittal (yap) (Entered: 11/24/2003) |
| 11/21/2003 | 83 | MOTION by David Diaz for new trial ; Notice (yap) (Entered: 11/24/2003) |
| 12/05/2003 | 84 | CONSOLIDATED RESPONSE by USA to defendant's renewed motion for judgment of acquittal [82-1] and a new trial [83-1] (Attachments;) Notice (yap) (Entered: 12/08/2003) |
| 01/14/2004 | 88 | MINUTE ORDER of 1/14/04 by Hon. Joan Humphrey Lefkow as to David Diaz: Ruling on defendant's renewed motion for judgment of acquittal [82-1] and defendant's motion for new trial [83-1] reset to 1/21/04 at 9:30 a.m. Mailed notice (yap) (Entered: 01/15/2004) |
| 01/20/2004 | 89 | MINUTE ORDER of 1/20/04 by Hon. Joan Humphrey Lefkow as to David Diaz: The court denies Diaz's motion for judgment of acquittal [82-1] and his motion for new trial [83-1] for the reasons stated on the |

| | | |
|---|---:|---|
| | | reverse. Ruling date of 1/21/04 stricken. (See reverse of minute order.) Mailed notice (yap) (Entered: 01/21/2004) |
| 02/02/2004 | 92 | MINUTE ORDER of 2/2/04 by Hon. Joan Humphrey Lefkow as to David Diaz: By agreement, sentencing date of 2/6/04 is reset to 2/27/04 at 11:00 a.m. Mailed notice (yap) (Entered: 02/03/2004) |
| 02/05/2004 | 93 | MINUTE ORDER of 2/5/04 by Hon. Joan Humphrey Lefkow as to David Diaz: By agreement, sentencing is reset to 3/26/04 at 10:30 a.m. Mailed notice (yap) (Entered: 02/06/2004) |
| 03/23/2004 | 96 | MINUTE ORDER of 3/23/04 by Hon. Joan Humphrey Lefkow as to David Diaz: By agreement, sentencing date of 3/26/04 is reset to 6/4/04 at 9:45 a.m. Mailed notice (yap) (Entered: 03/24/2004) |
| 05/28/2004 | 97 | OBJECTIONS by David Diaz to the pre-sentence investigation report with position (Attachment); Notice (yap) (Entered: 06/01/2004) |
| 05/28/2004 | 97 | POSITION paper and commentary on sentencing factors by David Diaz with objections (Attachment); Notice (yap) (Entered: 06/01/2004) |
| 06/01/2004 | 98 | CONSOLIDATED RESPONSE by USA to defendant's objections to the PSR [97-1] and defendant's position paper [97-1]; Notice (yap) (Entered: 06/02/2004) |
| 06/04/2004 | 99 | REPLY by David Diaz to the Government's consolidated response to his objections to the pre-sentence investigation report and position paper [98-1] (Attachments); Notice (yap) (Entered: 06/07/2004) |
| 06/04/2004 | 100 | MINUTE ORDER of 6/4/04 by Hon. Joan Humphrey Lefkow as to David Diaz: Hearing on sentencing held and continued to 6/18/04 at 10:30 a.m. Mailed notice (yap) (Entered: 06/08/2004) |
| 06/07/2004 | 101 | MINUTE ORDER of 6/7/04 by Hon. Joan Humphrey Lefkow as to David Diaz: Defendant, David Diaz, has filed a number of objections to the pre-sentence investigation Report ("PSI"). After ruling on several objections in open court, the court reserved ruling on Diaz' objection to the PSI's conclusion that Diaz was not eligible for two-level reduction based on his acceptance of responsibility. For the reasons stated below, Diaz' objection is overruled [97-1]. (See reverse of minute order.) Mailed notice (yap) (Entered: 06/08/2004) |
| 06/18/2004 | 102 | MINUTE ORDER of 6/18/04 by Hon. Joan Humphrey Lefkow as to David Diaz: Sentencing is reset to 7/8/04 at 10:45 a.m. by agreement. Mailed notice (yap) (Entered: 06/23/2004) |

| | | |
|---|---|---|
| 07/07/2004 | 103 | MOTION by David Diaz to continue the sentencing hearing ; Notice (yap) (Entered: 07/07/2004) |
| 07/08/2004 | 104 | MINUTE ORDER of 7/8/04 by Hon. Joan Humphrey Lefkow as to David Diaz: Defendant's motion to continue the sentencing hearing [103-1] is granted. Parties are to promptly contact chambers to reschedule a new sentencing date. Mailed notice (yap) (Entered: 07/12/2004) |
| ~~07/13/2004~~ | ~~105~~ | ~~MINUTE ORDER of 7/13/04 by Hon. Joan Humphrey Lefkow as to David Diaz : Sentencing is reset to 8/20/04 at 11:00 a.m. Mailed notice (yap) (Entered: 07/13/2004)~~ |
| 07/15/2004 **S/C** | 106 | TRANSCRIPT of proceeding as to David Diaz held before Hon. Joan Humphrey Lefkow on 11/08/02 and 10/30/03 (2 vols)[106-1,2] (pmp) (Entered: 07/16/2004) |
| 08/17/2004 | 107 | MINUTE ORDER of 8/17/04 by Hon. Joan Humphrey Lefkow as to David Diaz : Sentencing date of 8/20/04 is stricken by agreement of the parties. Case is set for status on 8/25/04 at 9:30 a.m. Mailed notice (yap) (Entered: 08/18/2004) |
| 08/20/2004 | 108 | MINUTE ORDER of 8/20/04 by Hon. Joan Humphrey Lefkow as to David Diaz: By agreement, sentencing date of 8/20/04 is stricken and case is set for status hearing on 8/25/04 at 9:30 a.m. Mailed notice (yap) (Entered: 08/23/2004) |
| 08/25/2004 | 109 | MINUTE ORDER of 8/25/04 by Hon. Joan Humphrey Lefkow as to David Diaz : Status hearing held and continued to 11/10/04 at 9:30a.m. to set a new date for sentencing Mailed notice (emd) (Entered: 08/26/2004) |
| 09/28/2004 | 110 | DESIGNATION OF ATTORNEY Carole Judith Ryczek as US Attorney (yap) (Entered: 09/29/2004) |
| ~~11/10/2004~~ | ~~111~~ | ~~MINUTE ORDER of 11/10/04 by Hon. Joan Humphrey Lefkow as to David Diaz: Status hearing held and continued to 1/12/05 at 9:30 a.m. to set a new date for sentencing. Mailed notice (yap) (Entered: 11/12/2004)~~ |
| 01/12/2005 | 112 | MINUTE ORDER of 1/12/05 by Hon. Joan Humphrey Lefkow as to David Diaz: Status hearing held and continued to 2/9/05 at 9:30 a.m. to set a new date for sentencing. Mailed notice (yap) (Entered: 01/13/2005) |

| | | |
|---|---|---|
| ~~02/09/2005~~ | ~~114~~ | ~~MINUTE entry before Judge Joan H. Lefkow as to David Diaz: Status Hearing held. Sentencing is set for 4/1/05 at 9:30 a.m. Position papers on sentencing factors may be filed by 3/2/05; responses by 3/14/05.~~ |
| ~~04/01/2005~~ | ~~115~~ | ~~MINUTE entry before Judge Joan H. Lefkow as to David Diaz: Sentencing date stricken. It will be reset at a later date. Telephoned notice (yap, ) (Entered: 04/05/2005)~~ |
| 05/25/2005 | 116 | EXECUTIVE COMMITTEE ORDER: Case as to Joel Castaneda, Aureo Almazan, David Diaz reassigned to Judge George W. Lindberg. Judge Joan Humphrey Lefkow no longer assigned to the case . (For further details see order) Mailed notices.(amb, ) (Entered: 05/26/2005) |
| ~~05/26/2005~~ | ~~117~~ | ~~MINUTE entry before Judge George W. Lindberg as to David Diaz: Status hearing set for 6/8/2005 at 09:15 AM. Mailed notice (yap, ) (Entered: 05/27/2005)~~ |
| 06/08/2005 | 118 | MINUTE entry before Judge George W. Lindberg : Status Hearing as to David Diaz held on 6/8/2005 and continued to 6/29/2005 at 10:30 AM. Hearing on defendant's oral motion to delay sentencing and for reassignment set for 6/29/05 at 10:30am. Time is ordered excluded pursuant to 18:3161(h)(8)(A). Time begins 5/4/05. Time ends 6/8/05. Mailed notice (emd, ) (Entered: 06/10/2005) |
| 06/14/2005 | 119 | EXECUTIVE COMMITTEE ORDER: Case as to Joel Castaneda, Aureo Almazan, David Diaz REASSIGNMENT to Judge Joan H. Lefkow. Judge George W. Lindberg no longer assigned to the case. In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this court, I recommend that the above captioned case be reassigned to the calendar of the Judge Joan Humphrey Lefkow who has acknowledged the reasons on the reverse. (For further information, please see order). (yap, ) (Entered: 06/17/2005) |
| ~~09/27/2005~~ | ~~120~~ | ~~MINUTE entry before Judge Joan H. Lefkow as to David Diaz: Status Hearing is set for 10/5/05 at 9:30 a.m. to schedule a date for sentencing. Mailed notice (yap, ) (Entered: 09/28/2005)~~ |
| ~~10/05/2005~~ | ~~121~~ | ~~MINUTE entry before Judge Joan H. Lefkow : Status hearing held and concluded. Sentencing is set for 12/7/2005 at 10:00 AM. Mailed notice (emd, ) (Entered: 10/07/2005)~~ |
| 10/05/2005 | 122 | MINUTE entry before Judge Joan H. Lefkow as to David Diaz: Defendant is given leave to file additional presentence submission by 11/2/05; Government may file response by 11/16/05. Mailed notice |

| | | |
|---|---|---|
| | | (yap, ) (Entered: 10/11/2005) |
| 11/02/2005 | 123 | SUPPLEMENTAL position paper on sentencing factors by David Diaz; Notice (yap, ) (Entered: 11/04/2005) |
| 11/14/2005 | 124 | RESPONSE by United States of America as to David Diaz *Government's Response to Defendant Diaz's Supplemental Position Paper on Sentencing Factors* (Ryczek, Carole) (Entered: 11/14/2005) |
| ~~12/07/2005~~ | ~~125~~ | ~~MINUTE entry before Judge Joan H. Lefkow as to David Diaz: Sentencing held and continued to 12/14/2005 at 10:00 AM. (yap, ) (Entered: 12/12/2005)~~ |
| ~~12/14/2005~~ | ~~127~~ | ~~MINUTE entry before Judge Joan H. Lefkow : Sentencing is reset to 1/5/2006 at 10:30 AM. Mailed notice (yap, ) (Entered: 12/19/2005)~~ |
| 12/16/2005 | 126 | RESPONSE by United States of America to *Defendant Diaz's Position Regarding Acceptance of Responsibility* (Ryczek, Carole) (Entered: 12/16/2005) |
| ~~01/05/2006~~ | ~~128~~ | ~~MINUTE entry before Judge Joan H. Lefkow as to David Diaz: Hearing on sentencing held and concluded. (yap, ) (Entered: 01/06/2006)~~ |
| 01/05/2006 | 131 | JUDGMENT (Sentencing Order) as to David Diaz (3): It is the judgment of this court that: the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total uninterrupted term of one-hundred-twenty (120) months. The defendant is sentenced on all count(s) of conviction, namely, count(2) 1,2,3 to a period of five (5) years of supervised release, said periods to run concurrent. Mandatory conditions of probation. Standard conditions of probation. Discretionary conditions of probation. Criminal monetary penalties. David Diaz terminated. Signed by Judge Joan H. Lefkow on 1/11/06.Mailed copy to counsel of record (yap, ) (Entered: 01/17/2006) |
| 01/13/2006 | 129 | NOTICE OF APPEAL by David Diaz Filing fee $ 255.00, receipt number 10331786 ; Notice of Filing (dj, ) (Entered: 01/17/2006) |
| ~~01/17/2006~~ | ~~130~~ | ~~Transmission of short record as to David Diaz to US Court of Appeals re notice of appeal 129 (dj, ) (Entered: 01/17/2006)~~ |
| 01/18/2006 | | JUDGMENT and Commitment as to David Diaz issued to U.S. Marshal (yap, ) (Entered: 01/18/2006) |
| 01/18/2006 | 132 | AMENDED JUDGMENT as to David Diaz (3): Reason for |

|  |  |  |
|---|---|---|
|  |  | amendment: Correction of sentence for clerical mistake (Fed. R. Crim.P. 36). There was a judicial finding of guilty as to counts(s) 3 of the Indictment. Original judgment attached. Signed by Judge Joan H. Lefkow on 1/18/06. (Redacted image)Mailed notice (las, ) (Entered: 01/20/2006) |
| 01/20/2006 |  | AMENDED JUDGMENT and Commitment as to David Diaz issued to U.S. Marshal (las, ) (Entered: 01/20/2006) |
| ~~01/24/2006~~ | ~~133~~ | ~~SEVENTH CIRCUIT TRANSCRIPT Information Sheet regarding David Diaz for proceedings held on 10/20/03 before Judge Judge Lefkow, (yap, ) (Entered: 01/25/2006)~~ |
| ~~01/30/2006~~ | ~~134~~ | ~~NOTICE of docketing record on appeal from USCA as to David Diaz re notice of appeal129. USCA Case Number 06-1319 (yap, ) (Entered: 01/31/2006)~~ |

```
KEY

All items are included in this record.        (Or)
All cross out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.
```