

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

February 6, 2006

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA -v- Diaz

U.S.D.C. DOCKET NO. : 02 cr 35-3

U.S.C.A. DOCKET NO. : 06-1319

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| VOLUME(S) OF PLEADING(S) | *1 Volume of Pleadings* |
| VOLUME(S) OF TRANSCRIPT(S) | *2 Transcripts* |
| VOLUME(S) OF DEPOSITION(S) | |
| EXHIBITS: | |
| VAULT ITEMS: | |
| OTHER (SPECIFY): | |
| SPECIAL NOTE: | |

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
D. Jordan, Deputy Clerk

*[Stamp: U.S.C.A.–7th Circuit RECEIVED FEB 6 2005 BT GINO J. AGNELLO CLERK]*

*[Stamp: FILE COPY]*