


# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. D
CLERK

312-435-5670



Supplemental Record

February 28, 2006

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA Vs. David Diaz

U.S.D.C. DOCKET NO. : 02 cr 35-3

U.S.C.A. DOCKET NO. : 06-1319

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

5 (five) VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:     Original record transmitted 2/7/06

U.S.C.A. – 7th Circuit
RECEIVED
FEB 28 2006 SK
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By: __YVETTE PEARSON__
Yvette Pearson , Deputy Clerk

I, MICHAEL W. DOBBINS, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 2/7/06.

USDC NO. : 02 cr 35-3

USCA NO. : 06-1319

| DATE | ITEM NO. | DESCRIPTION |
| --- | --- | --- |
| 2/23/06 | 137-1 | Transcript of hearing held 10/20/03 |
| 2/23/06 | 137-2 | Transcript of hearing held 9/3/03 |
| 2/23/06 | 137-3 | Transcript of hearing held 9/4/03 |
| 2/23/06 | 137-4 | Transcript of hearing held 11/7/05 |
| 1/5/06 | 137-5 | Transcript of hearing held 1/5/06 |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this day 28th of February 2006.

Michael W. Dobbins, Clerk

By: __YVETTE PEARSON__
Yvette Pearson , Deputy Clerk

appsupcer.wpt