

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604



JUDGMENT- WITHOUT ORAL ARGUMENT

Date: December 8, 2006

BEFORE:       Honorable MICHAEL S. KANNE, Circuit Judge

              Honorable TERENCE T. EVANS, Circuit Judge

              Honorable DIANE S. SYKES, Circuit Judge

No. 06-1319

UNITED STATES OF AMERICA,
        Plaintiff - Appellee

 v.

DAVID DIAZ,
        Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 02 CR 35, Joan Humphrey Lefkow, Judge

     The appeals is **DISMISSED**, in accordance with the decision of this court entered on this date.

(1060-110393)

Certified Copy
Attest:
Clerk of the United States
Court of Appeals for the
Seventh Circuit